TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL P. THAKOR (Cal. Bar No. 308743)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     E-mail:   neil.thakor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00640-FMO |
|---|---|
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| FABIAN LIZARRAGA, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of the California State Prison Solano, in the City of Vacaville, State of California, and to any United States Marshal.

GREETING

   WE COMMAND that you produce and deliver the body of defendant FABIAN LIZARRAGA "defendant," who is now in your custody:

   1.   Before the Honorable Fernando M. Olguin, United States District Judge, Courtroom 6D, United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, on **March 19, 2026**, at 11:00 a.m., in order that defendant may then and there attend a preliminary

1  revocation on supervised release hearing at said time and place, and
2  also at such other times as may be ordered by the Court.
3      The delivery of the body of defendant to the courtroom of the
4  aforementioned United States District Court shall be deemed
5  sufficient compliance with this writ.

7  DATE:   January 22, 2026            CLERK OF COURT
                                       UNITED STATES DISTRICT COURT
8                                      CENTRAL DISTRICT OF CALIFORNIA

10                                     BY: /s/ VANESSA FIGUEROA
                                           DEPUTY CLERK
11
12  cc:   U.S. Marshal Service & Bureau of Prisons