

FILED
CLERK, U.S. DISTRICT COURT

MAR ■ 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FABIAN LIZARRAGA,<br><br>Defendant. | Case No.  2:13-CR-00640-FMO-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

### I.

On March 4, 2026, Defendant made his initial appearance a the petition for revocation of supervised release and warrant for arrest.  Antonio Villaamil, a Deputy Federal Public Defender, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Yifan Everett. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

### II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition;

### III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 4, 2026

_____/s/_____

MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

2